missed pursuant to Rule 2188, PA.R.A.P., for failure to file a brief.

**In re Interest of Robert**
**W. FORRESTER.**

**Petition of Rodney J. McKenrick, Bonnie F. McKenrick, Harold S. Forrester, and Helen B. Forrester.**

Supreme Court of Pennsylvania.

Dec. 10, 2001.

### ORDER

PER CURIAM.

**AND NOW,** this 10th day of December, 2001, the Petition for Allowance of Appeal is granted limited to the following issue:

Whether the Agricultural Lands Condemnation Approval Board and the governing bodies of the local government units encompassing the agricultural security area must approve of the opening of a private road under the Private Road Act when that road is in an agricultural security area?